No. 03–6520. McCAA v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–6521. MENDOZA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–6522. BELCHER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 03–6527. BRUMFIELD v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–6529. DUBUC v. OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–6530. DIAZ v. BANN ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–6531. ELLIS v. JARVIS, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–6534. MARTINEZ v. GALAZA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–6540. KINNEY v. JAMROG, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–6541. McPHERSON v. LAVAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–6547. WALKER v. TIGERDIRECT, INC. C. A. 11th Cir. Certiorari denied.

No. 03–6549. BROOKS v. MONEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–6550. PATTERSON v. JENKINS, CHAIRMAN, VIRGINIA PAROLE BOARD, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–6562. ANDRUS v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.